COMMONWEALTH of Pennsylvania,
Respondent

v.

Robert MITAL, Petitioner

No. 269 WAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

Christopher M. BOBACK, Petitioner

v.

Jennifer O. ROSS and David
A. Ross, Respondents

No. 264 WAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

D.J.F., Respondent

v.

B.L.F., Petitioner

No. 492 EAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

B.L.F., Petitioner

v.

D.J.F., Respondent

No. 491 EAL 2017

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**